TIMOTHY COURCHAINE
United States Attorney
District of Arizona
FAITH HOOK
Special Assistant U.S. Attorney
Arizona State Bar No. 039361
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Faith.Hook@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>v.<br><br>Steven Garcia,<br><br>          Defendant. | Case No.   CR-26-00730-PHX-JJT (DMF)<br><br>Mag. No. 26-01477MJ<br><br>**I N F O R M A T I O N**<br><br>VIO:  8  U.S.C.  §§ 1324(a)(1)(A)(iii)  and (a)(1)(B)(ii)<br>(Harboring Illegal Aliens)<br>Count 1 |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

<u>COUNT 1</u>

On or about June 9, 2026, in the District of Arizona, the defendant, STEVEN GARCIA, knowing or in reckless disregard of the fact that certain aliens, namely: Cesar Silva-Martinez and Ernesto Garcia-Gonzalez, had come to, entered, or remained in the United States in violation of law, concealed, harbored, or shielded from detection or attempted to conceal, harbor or shield from detection, such aliens in any place, including any building or any means of transportation.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (a)(1)(B)(ii).

Dated this 17th day of June 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

FAITH HOOK
Special Assistant U.S. Attorney